358 A.2d 85
Hollis, Appellant, v. Atlantic Richfield Company, et al.

Argued April 16, 1976.   Louis Vaira, with him Sanford P. Gross, for appellant;  Harry J. Zimmer, with him Robert Pfaff, for appellees.

Order affirmed.

358 A.2d 65
Hoy v. Hoy, Appellant.

Argued April 15, 1976.   Elizabeth Bailey, for appellant;  P. Jerome Richey, with him Moorhead & Knox, for appellee.

Order affirmed.